UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NATALIE RIGBY                                                                    CIVIL ACTION

VERSUS

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
AND MECHANICAL COLLEGE                      NO. 24-00264-BAJ-SDJ

## JUDGMENT

For the written reasons assigned,

**IT IS HEREBY ORDERED, ADJUGDED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, this 23rd day of July, 2025

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA